

## Case Assignment
## Civil Recusal/Reassignment

Case number **3:13CV-213-GNS**

Assigned : Judge Greg N. Stivers
Judge Code : 4416

Assigned on 3/2/2017 8:41:06 AM
Transaction ID: 8453

Request New Judge    Return