UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:13CV-00213-GNS

**GENERAL ELECTRIC COMPANY**                            **PLAINTIFF**

vs.

**WHIRLPOOL CORPORATION, et al.**                       **DEFENDANTS**

## ORDER

The undersigned having been reviewed "Whirlpool Corporation's Notice of Dismissal" (DN 36);

**IT IS HEREBY ORDERED**:

The Clerk is directed to terminate Whirlpool Corporation, Whirlpool SA, and Embraco North America (the Whirlpool Defendants) from the docket sheet.

**IT IS FURTHER ORDERED:**

The attorneys for the Whirlpool Defendants are excused from participating in the teleconference scheduled for May 23, 2017 at 11:30 a.m. EDT.

*[signature]*

**Greg N. Stivers, Judge**
**United States District Court**

May 23, 2017

Copies to:    Counsel of Record