UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, )<br>)<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>WHIRLPOOL CORPORATION; )<br>WHIRLPOOL S.A.; EMBRACO )<br>NORTH AMERICA, INC.; DANFOSS )<br>A/S; DANFOSS FLENSBURG GMBH; )<br>DANFOSS, LLC; HOUSEHOLD )<br>COMPRESSORS HOLDING SPA; ACC )<br>USA, LLC, )<br>)<br>DEFENDANTS. ) | Civil Action No. 3:13-cv-00213-GNS<br><br>Filed Electronically |

### STIPULATED ORDER OF DISMISSAL

**WHEREAS,** Defendants Danfoss A/S, Danfoss Flensburg GmbH, and Danfoss LLC (collectively the "Danfoss Defendants") and Plaintiff Haier US Appliances Solutions, Inc. dba GE Appliances ("GE Appliances") voluntarily agree and stipulate to an order as set forth below.

The Court, being advised of the Stipulation between the Danfoss Defendants and GE Appliances, as evidenced by the signatures of their counsel below, **HEREBY ORDERS THAT:**

1.  All claims against the Danfoss Defendants are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), and with each party to bear its own costs, including attorneys' fees and costs, associated with this matter.

2. This Court shall have continuing jurisdiction over any matters relating to enforcement of the confidential Settlement Agreement among the parties effective September 8, 2017, and the entry of any stipulated judgments in connection therewith.

Dated: September 21, 2017

**SO ORDERED:**

**Greg N. Stivers, Judge**
**United States District Court**

**Stipulated and approved by:**

Dated: September 20, 2017

| | |
|---|---|
| /s/ Christie A. Moore | /s/ Theresa A. Canaday (with permission) |
| BINGHAM GREENEBAUM DOLL LLP | FROST BROWN TODD LLC |
| Christie A. Moore | Theresa A. Canaday |
| 3500 PNC Tower | Thomas C. Gleason |
| 101 South Fifth Street | 400 West Market Street, 32nd Floor |
| Louisville, KY 40202 | Louisville, KY 40202 |
| Telephone: (502) 587-3758 | Telephone: (502) 589-5400 |
| Facsimile: (502) 540-2276 | Facsimile: (502) 581-1087 |
| Email: cmoore@bgdlegal.com | tcanaday@fbtlaw.com |
| | tgleason@fbtlaw.com |
| AXINN, VELTROP & HARKRIDER LLP | CROWELL & MORING LLP |
| John DeQ. Briggs (admitted *pro hac vice*) | David M. Schnorrenberg |
| 950 F Street, N.W. 7th Floor | (admitted *pro hac vice*) |
| Washington, D.C. 20004 | 1001 Pennsylvania Avenue, N.W. |
| Telephone: (202) 912-4700 | Washington, DC 20004 |
| Facsimile: (202) 912-4701 | Telephone: (202) 624-2500 |
| Email: jbriggs@axinn.com | Facsimile: (202) 628-5116 |
| | dschnorrenberg@crowell.com |
| Daniel S. Bitton (admitted *pro hac vice*) | |
| 114 W. 47th St. 22nd Floor | Nathanial J. Wood (admitted *pro hac vice*) |
| New York, NY 10036 | Jordan Ludwig (admitted *pro hac vice*) |
| Telephone: (212) 728-2200 | 515 South Flower Street, 40th Floor |
| Facsimile: (212) 728-2201 | Los Angeles, CA 90071 |
| Email: dbitton@axinn.com | Telephone: (213) 622-4750 |
| | Facsimile: (213) 622-2690 |
| | nwood@crowell.com |
| *Attorneys for Defendants Danfoss A/S,* | jludwig@crowell.com |
| *Danfoss Flensburg GmbH and Danfoss LLC* | |
| | *Attorneys for Plaintiff Haier US Appliances* |
| | *Solutions, Inc. dba GE Appliances* |

18724263