UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, )<br>)<br>)<br>    PLAINTIFF, )<br>)<br>V. )<br>)<br>WHIRLPOOL CORPORATION; )<br>WHIRLPOOL S.A.; EMBRACO )<br>NORTH AMERICA, INC.; DANFOSS )<br>A/S; DANFOSS FLENSBURG GMBH; )<br>DANFOSS, LLC; HOUSEHOLD )<br>COMPRESSORS HOLDING SPA; ACC )<br>USA, LLC, )<br>)<br>    DEFENDANTS. ) | Civil Action No. 3:13-cv-00213-GNS<br><br>FILED ELECTRONICALLY |

## ORDER

**WHEREAS,** Edward M. Kronk, Esq. was appointed as Special Jurisdictional Discovery Master (the "Special Master") to supervise jurisdictional discovery between Plaintiff Haier US Appliance Solutions, Inc. dba GE Appliances ("GE Appliances") and Defendants Danfoss A/S, Danfoss Flensburg GmbH, and Danfoss LLC (the "Danfoss Defendants") pursuant to the terms of the Stipulated Order Appointing Special Jurisdictional Discovery Master (the "Appointment Order");

**WHEREAS,** Danfoss Defendants have been dismissed from this action; and

**WHEREAS,** the Special Master was required under the terms of the Appointment Order to preserve all documents that he generated or received in connection with this litigation "until such time that the Court grants permission to destroy the documents." Docket No. 112 at 4.

Upon the application of GE Appliances, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Special Master may destroy the documents he received or generated in connection with this action.

Greg N. Stivers, Judge
United States District Court

December 5, 2017

Tendered by:

/s/ David M. Schnorrenberg
David M. Schnorrenberg  (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
dschnorrenberg@crowell.com

Nathanial J. Wood (admitted *pro hac vice*)
Jordan Ludwig (admitted *pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:  (213) 622-2690
nwood@crowell.com
jludwig@crowell.com

Theresa A. Canaday
Thomas C. Gleason
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY  40202
Telephone:  (502) 589-5400
Facsimile:  (502) 581-1087
tcanaday@fbtlaw.com
tgleason@fbtlaw.com

*Attorneys for Plaintiff Haier US Appliances Solutions, Inc. dba GE Appliances*